# United States District Court
## Middle District of Georgia

**UNITED STATES OF AMERICA**

    Vs.

**ALLEN M. GORDON,**

    Defendant

**JUDGMENT IN A CRIMINAL CASE**
(FOR REVOCATION OF PROBATION)

NO. 5: 06-MJ-04-04 (CWH)

Doye E. Green, Jr.
_____
Defendant's Attorney

The above-named defendant having this day admitted to violating **CONDITIONS OF PROBATION** imposed upon him by the undersigned in the above-captioned proceeding as alleged in the **PETITION FOR ACTION ON PROBATION** filed January 22, 2007, by U. S. Probation Officer Leigh R. Swicord, said sentence of probation is now REVOKED, and he is **RESENTENCED** as hereinafter set out, the court finding the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Failing to submit truthful and complete monthly reports | 09/2006 through 12/2006 |
| 3 | Use of illegal drugs evidenced by positive drug tests | 09/13/06; 12/14/06; 11/03/06; 01/08/07 |
| 4 | Failing to participate in substance abuse treatment program as directed | 12/13/06; 12/14/06 |

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment (if any) are fully paid.

**Defendant's Soc.Sec. No.:** \*\*\*-\*\*\*-6717

**Defendant's Date of Birth:** 1982

**Defendant's USM No.:** 93060-020

**Defendant's Residence Address:**

103 Lazy H Lane
Warner Robins, GA 31093

**Defendant's Mailing Address:** Same

February 2, 2007
_____
Date of Imposition of Judgment

*[signature]*
_____
Signature of Judicial Officer

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE
_____
Name and Title of Judicial Officer

February 2, 2007
_____
Date

# IMPRISONMENT

The court finds that the conditions of probation have been violated as outlined the **PETITION FOR ACTION ON PROBATION** filed January 22, 2007. The court further finds that the defendant has been given every opportunity to comply with conditions of supervision and that he has continued to violate conditions by using illegal drugs, even after being given the opportunity to participate in drug treatment and counseling. Thus, an exception to 18 U.S.C. §3563(e) is not warranted. Accordingly, the defendant's probation is **REVOKED**, and he is hereby committed to the **CUSTODY** of the UNITED STATES BUREAU OF PRISONS to be imprisoned for a period of **THREE (3) MONTHS**.

☐ The court makes the following recommendation to the BUREAU OF PRISONS:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at_____A.M./P.M. on_____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation/Pretrial Services Office.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2:00 P.M. on_____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation/Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____to_____ at_____, with a certified copy of this judgment.

_____
DEPUTY UNITED STATES MARSHAL